Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–31536–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Steven H Zimmerman
1 Academic Road
East Brunswick, NJ 08816

Social Security No.:
xxx–xx–5686

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 25, 2019.

On May 29, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:               July 9, 2019
Time:               10:00 AM
Location:           Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
    a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
    of a secure claim, such holders acceptance or rejection of the Plan before modification will
    be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
    holders acceptance or rejection of the Plan within the time fixed.

3.  **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
    the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 31, 2019
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-31536-MBK
Steven H Zimmerman                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3          Date Rcvd: May 31, 2019
                              Form ID: 185             Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2019.
db             +Steven H Zimmerman,   1 Academic Road,   East Brunswick, NJ 08816-3614
lm             +Mr. Cooper,   8950 Cypress Waters Blvd.,   Dallas, TX 75019-4620
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
                Fairfield, NJ 07004-2927
517842380     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,   Attn: Bankruptcy,   Po Box 982238,
                El Paso, TX 79998)
517928964      +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
517842381      +Barclays Bank Delaware,   Attn: Correspondence,   Po Box 8801,   Wilmington, DE 19899-8801
518164011      +Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5951
517915065      +Chase Bank USA, N.A.,   c/o Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
517842387      +Chase Card Services,   Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
517960361      +Citibank, N.A.,   Citibank, N.A.,   701 East 60th Street North,   Sioux Falls, SD 57104-0493
517842388      +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
                St Louis, MO 63179-0034
517842389      +Citicards,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                Saint Louis, MO 63179-0040
517842394      +First Saving Bank / Blaze,   Attn: Bankruptcy,   Po Box 5096,   Sioux Falls, SD 57117-5096
517842395       Goldman Sachs Bank USA,   PO Box 45400,   Salt Lake City, UT 84145-0400
517842397      +Marcus by Goldman Sachs,   Attn: Bankruptcy,   Po Box 45400,   Salt Lake City, UT 84145-0400
517842399      +Mr. Cooper,   Attn: Bankruptcy,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
517842400      +Mr. Cooper / Nationstar,   8950 Cypress Waters Blvd.,   Coppell, TX 75019-4620
517857038      +Nationstar Mortgage LLC,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
                Fairfield, NJ 07004-2927
517910511      +Nationstar Mortgage LLC d/b/a Mr. Cooper,   ATTN: Bankruptcy Dept,   PO Box 619096,
                Dallas TX 75261-9096
517842402      +Pay Pal Credit,   PO Box 71084,   Charlotte, NC 28272-1084
517842403      +Prosper Funding LLC,   221 Main Street,   Suite 300,   San Francisco, CA 94105-1909
517842404     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,   PO Box 245,   Trenton, NJ 08695)
517960185       UNITED STATES DEPARTMENT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,
                MADISON, WI 53708-8973
517842411      +US Deptartment of Education/Great Lakes,   Attn: Bankruptcy,   Po Box 7860,
                Madison, WI 53707-7860


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 31 2019 22:28:59    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 31 2019 22:28:58    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517842379       E-mail/Text: ebnbankruptcy@ahm.honda.com May 31 2019 22:29:04    American Honda Finance,
                Attn: Bankruptcy,   Po Box 168088,   Irving, TX 75016
517865969       E-mail/Text: ebnbankruptcy@ahm.honda.com May 31 2019 22:29:04
                American Honda Finance Corporation,   National Bankruptcy Center,   P.O. Box 168088,
                Irving, TX 75016-8088
517842384       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 31 2019 22:30:36    Capital One,
                15000 Capital One Dr,   Richmond, VA 23238
517842382      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 31 2019 22:30:57    Capital One,
                Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517943980       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 31 2019 22:30:36
                Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
517842391      +E-mail/PDF: creditonebknotifications@resurgent.com May 31 2019 22:30:37    Credit One Bank,
                Attn: Bankruptcy,   Po Box 98873,   Las Vegas, NV 89193-8873
517842392       E-mail/PDF: creditonebknotifications@resurgent.com May 31 2019 22:30:38    Credit One Bank,
                PO Box 60500,   City of Industry, CA 91716-0500
517855429       E-mail/Text: mrdiscen@discover.com May 31 2019 22:28:42    Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
517842393      +E-mail/Text: mrdiscen@discover.com May 31 2019 22:28:42    Discover Financial,   Po Box 3025,
                New Albany, OH 43054-3025
517842396       E-mail/Text: cio.bncmail@irs.gov May 31 2019 22:28:49    IRS,   PO Box 7346,
                Philadelphia, PA 19101-7346
517920452       E-mail/PDF: resurgentbknotifications@resurgent.com May 31 2019 22:30:38    LVNV Funding, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517917349       E-mail/Text: bkr@cardworks.com May 31 2019 22:28:37    MERRICK BANK,
                Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517842398      +E-mail/Text: bkr@cardworks.com May 31 2019 22:28:37    Merrick Bank/CardWorks,
                Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
517891391      +E-mail/PDF: cbp@onemainfinancial.com May 31 2019 22:30:33    OneMain,   PO Box 3251,
                Evansville, IN 47731-3251
517842401      +E-mail/PDF: cbp@onemainfinancial.com May 31 2019 22:30:34    OneMain Financial,
                Attn: Bankruptcy,   601 Nw 2nd Street,   Evansville, IN 47708-1013

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: May 31, 2019
                              Form ID: 185             Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
517954992        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2019 22:52:32
                  Portfolio Recovery Associates, LLC,   c/o Aadvantage Aviator Red,   POB 41067,
                  Norfolk VA 23541
517955751        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2019 22:30:58
                  Portfolio Recovery Associates, LLC,   c/o Amazon.com Store Card,   POB 41067,
                  Norfolk VA 23541
517958169        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2019 22:30:58
                  Portfolio Recovery Associates, LLC,   c/o Bp,   POB 41067,   Norfolk VA 23541
517957917        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2019 22:30:47
                  Portfolio Recovery Associates, LLC,   c/o Gm,   POB 41067,   Norfolk VA 23541
517958166        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2019 22:30:37
                  Portfolio Recovery Associates, LLC,   c/o Jc Penney Credit Card,   POB 41067,
                  Norfolk VA 23541
517955708        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2019 22:30:37
                  Portfolio Recovery Associates, LLC,   c/o Lowe's,   POB 41067,   Norfolk VA 23541
517942526        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2019 22:30:37
                  Portfolio Recovery Associates, LLC,   c/o Paypal Extras Mastercard,   POB 41067,
                  Norfolk VA 23541
517955709        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 31 2019 22:53:12
                  Portfolio Recovery Associates, LLC,   c/o Walmart Credit Card,   POB 41067,   Norfolk VA 23541
517959642        +E-mail/Text: bncmail@w-legal.com May 31 2019 22:29:04       Prosper,   C/O WEINSTEIN & RILEY, PS,
                  2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
517958689        +E-mail/Text: bncmail@w-legal.com May 31 2019 22:29:04       SYNCHRONY BANK,
                  c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
517842405        +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 22:30:45       Syncb/PLCC,   Attn: Bankruptcy,
                  Po Box 965060,   Orlando, FL 32896-5060
517847847        +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 22:30:56       Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517842406        +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 22:30:56       Synchrony Bank/ JC Penneys,
                  Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517842407        +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 22:30:58       Synchrony Bank/Amazon,
                  Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517842408        +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 22:30:56       Synchrony Bank/Gap,
                  Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517842409        +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 22:30:58       Synchrony Bank/Lowes,
                  Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517842410        +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 22:30:46       Synchrony Bank/Walmart,
                  Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
                                                                               TOTAL: 34


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517842383*       +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517842385*       +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517842386*       +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517842390*       +Citicards,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                  Saint Louis, MO 63179-0040
517842412*       +US Deptartment of Education/Great Lakes,   Attn: Bankruptcy,   Po Box 7860,
                  Madison, WI 53707-7860
                                                                               TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                              Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3              User: admin              Page 3 of 3              Date Rcvd: May 31, 2019
                                 Form ID: 185             Total Noticed: 58
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               ajennings@rasflaw.com
              Denise E. Carlon    on behalf of Creditor    CARRINGTON MORTGAGE SERVICES, LLC
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Loss Mitigation    Mr. Cooper bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Robert C. Nisenson    on behalf of Debtor Steven H Zimmerman rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Sindi  Mncina    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               smncina@rascrane.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 8