Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                       Case No.: 18−31536−MBK
                       Chapter: 13
                       Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven H Zimmerman
   1 Academic Road
   East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−5686

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 22, 2021.


Dated: April 22, 2021
JAN: wir

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                       Case No. 18-31536-MBK

Steven H Zimmerman                                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                           User: admin                                              Page 1 of 4
Date Rcvd: Apr 22, 2021                  Form ID: plncf13                                        Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven H Zimmerman, 1 Academic Road, East Brunswick, NJ 08816-3614 |
| lm | + | Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517842380 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 517928964 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517842381 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517915065 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517842394 | + | First Saving Bank / Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117-5096 |
| 517842395 | | Goldman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 517842397 | + | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 517842399 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517842400 | + | Mr. Cooper / Nationstar, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 517857038 | + | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517910511 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 517842402 | + | Pay Pal Credit, PO Box 71084, Charlotte, NC 28272-1084 |
| 517842404 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 245, Trenton, NJ 08695 |
| 517960185 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 517842411 | + | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 22 2021 22:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 22 2021 22:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517842379 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 22 2021 22:01:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 517865969 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 22 2021 22:01:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517842384 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 22 2021 22:23:33 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517842382 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 22 2021 22:22:09 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517943980 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 22 2021 22:20:43 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 518164011 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 22 2021 21:58:00 | Carrington Mortgage Services, LLC, 1600 South |

| Recipient # | | Delivery Method | Timestamp | Name/Address |
|---|---|---|---|---|
| | | | | Douglass Road, Anaheim, CA 92806-5951 |
| 517960361 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:20:58 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 517842388 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:20:53 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517842389 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2021 22:22:22 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517842392 | | Email/PDF: creditonebknotifications@resurgent.com | Apr 22 2021 22:20:46 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 517842391 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 22 2021 22:22:10 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517855429 | | Email/Text: mrdiscen@discover.com | Apr 22 2021 21:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517842393 | + | Email/Text: mrdiscen@discover.com | Apr 22 2021 21:58:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517842396 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 22 2021 21:59:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517842387 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 22 2021 22:20:40 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518578933 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2021 22:22:25 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518578932 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2021 22:20:58 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517920452 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 22 2021 22:22:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517917349 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2021 22:23:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517842398 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 22 2021 22:20:31 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517891391 | + | Email/PDF: cbp@onemainfinancial.com | Apr 22 2021 22:20:30 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 517842401 | + | Email/PDF: cbp@onemainfinancial.com | Apr 22 2021 22:23:21 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 517954992 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2021 22:22:19 | Portfolio Recovery Associates, LLC, c/o Aadvantage Aviator Red, POB 41067, Norfolk VA 23541 |
| 517955751 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2021 22:23:41 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 517958169 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2021 22:22:19 | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| 517957917 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2021 22:23:41 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 517958166 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2021 22:22:19 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 517955708 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2021 22:22:19 | Portfolio Recovery Associates, LLC, c/o Lowe's, POB 41067, Norfolk VA 23541 |
| 517942526 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2021 22:23:42 | Portfolio Recovery Associates, LLC, c/o Paypal Extras Mastercard, POB 41067, Norfolk VA 23541 |

Case 18-31536-MBK    Doc 72    Filed 04/24/21    Entered 04/25/21 00:22:47    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 22, 2021 | Form ID: plncf13 | Total Noticed: 61 |

| | | | | |
|---|---|---|---|---|
| 517955709 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 22 2021 22:22:19 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517959642 | + | Email/Text: bncmail@w-legal.com | Apr 22 2021 22:01:00 | Prosper, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517842403 | + | Email/Text: bankruptcy@prosper.com | Apr 22 2021 22:02:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 517958689 | + | Email/Text: bncmail@w-legal.com | Apr 22 2021 22:01:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517842405 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:22:01 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518547896 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:22:01 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517847847 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:22:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517842406 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:22:01 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517842407 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:22:01 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517842408 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:22:01 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517842409 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:22:01 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517842410 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 22 2021 22:22:01 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517842383 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517842385 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517842386 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517842390 | *+ | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517842412 | *+ | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2021         Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com  informationathnk@aol.com |
| Kevin Gordon McDonald | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Loss Mitigation Mr. Cooper bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Robert C. Nisenson | on behalf of Debtor Steven H Zimmerman r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9