Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 18−31536−MBK  
Chapter: 13  
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven H Zimmerman
   1 Academic Road
   East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−5686

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/9/22 at 09:00 AM

to consider and act upon the following:

*73* − Creditor's Certification of Default (related document:67 Order(Generic)) filed by Harold N. Kaplan on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper. Objection deadline is 02/10/2022. (Attachments: # 1 Exhibit # 2 Certificate of Service # 3 Proposed Order) (Kaplan, Harold)

Dated: 2/10/22

                                                  Jeanne Naughton  
                                                  Clerk, U.S. Bankruptcy Court