Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−31536−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven H Zimmerman
   1 Academic Road
   East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−5686

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 22, 2021.

On April 18, 2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:            May 24, 2023
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 19, 2023
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                   Case No. 18-31536-MBK

Steven H Zimmerman                                                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                            User: admin                                          Page 1 of 4
Date Rcvd: Apr 19, 2023                  Form ID: 185                                      Total Noticed: 63

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven H Zimmerman, 1 Academic Road, East Brunswick, NJ 08816-3614 |
| 519731563 | + | MCLP Asset Company, Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 519731564 | + | MCLP Asset Company, Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019 MCLP Asset Company, Inc. 75019-6295 |
| 517842402 | + | Pay Pal Credit, PO Box 71084, Charlotte, NC 28272-1084 |
| 517842404 | + | State of New Jersey, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 19 2023 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 19 2023 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2023 20:36:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 19 2023 20:36:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517842379 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 19 2023 20:37:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 517865969 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 19 2023 20:37:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517842380 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 19 2023 20:36:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 517928964 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 19 2023 20:36:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517842381 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 19 2023 20:36:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517842384 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2023 20:39:13 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517842382 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2023 20:39:34 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517943980 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 19 2023 20:39:23 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 518164011 | + | Email/Text: BKBCNMAIL@carringtonms.com | Apr 19 2023 20:36:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

Case 18-31536-MBK    Doc 85    Filed 04/21/23    Entered 04/22/23 00:13:36    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 19, 2023 | Form ID: 185 | Total Noticed: 63 |

| | | | |
|---|---|---|---|
| 517915065 | + Email/Text: RASEBN@raslg.com | Apr 19 2023 20:36:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517960361 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2023 20:39:18 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517842388 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2023 20:39:28 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517842389 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 19 2023 20:39:38 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517842392 | Email/PDF: creditonebknotifications@resurgent.com | Apr 19 2023 20:39:17 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 517842391 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 19 2023 20:39:17 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517855429 | Email/Text: mrdiscen@discover.com | Apr 19 2023 20:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517842393 | + Email/Text: mrdiscen@discover.com | Apr 19 2023 20:36:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517842394 | Email/Text: BNBLAZE@capitalsvcs.com | Apr 19 2023 20:36:00 | First Saving Bank / Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 517842395 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 19 2023 20:36:00 | Goldman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 517842396 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 19 2023 20:36:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517842387 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 19 2023 20:39:23 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518578933 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2023 20:39:17 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518578932 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2023 20:39:17 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517920452 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2023 20:39:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517917349 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 19 2023 20:39:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517842397 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 19 2023 20:36:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 517842398 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 19 2023 20:39:13 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517842399 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2023 20:36:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517842400 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2023 20:36:00 | Mr. Cooper / Nationstar, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 517857038 | + Email/Text: RASEBN@raslg.com | Apr 19 2023 20:36:00 | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517910511 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 19 2023 20:36:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 517891391 | + Email/PDF: cbp@onemainfinancial.com | Apr 19 2023 20:39:12 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 517842401 | + Email/PDF: cbp@onemainfinancial.com | Apr 19 2023 20:39:12 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |

| | | | |
|---|---|---|---|
| 517954992 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2023 20:39:36 | Portfolio Recovery Associates, LLC, c/o Aadvantage Aviator Red, POB 41067, Norfolk VA 23541 |
| 517955751 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2023 20:39:36 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 517958169 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2023 20:39:27 | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| 517957917 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2023 20:39:26 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 517958166 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2023 20:39:27 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 517955708 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2023 20:39:36 | Portfolio Recovery Associates, LLC, c/o Lowe's, POB 41067, Norfolk VA 23541 |
| 517942526 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2023 20:39:36 | Portfolio Recovery Associates, LLC, c/o Paypal Extras Mastercard, POB 41067, Norfolk VA 23541 |
| 517955709 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 19 2023 20:39:17 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517959642 | + Email/Text: bncmail@w-legal.com | Apr 19 2023 20:37:00 | Prosper, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517842403 | ^ MEBN | Apr 19 2023 20:31:07 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 517958689 | + Email/Text: bncmail@w-legal.com | Apr 19 2023 20:37:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517842405 | + Email/PDF: gecsedi@recoverycorp.com | Apr 19 2023 20:39:17 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518547896 | + Email/PDF: gecsedi@recoverycorp.com | Apr 19 2023 20:39:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517847847 | + Email/PDF: gecsedi@recoverycorp.com | Apr 19 2023 20:39:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517842406 | + Email/PDF: gecsedi@recoverycorp.com | Apr 19 2023 20:39:35 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517842407 | + Email/PDF: gecsedi@recoverycorp.com | Apr 19 2023 20:39:25 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517842408 | + Email/PDF: gecsedi@recoverycorp.com | Apr 19 2023 20:39:24 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517842409 | + Email/PDF: gecsedi@recoverycorp.com | Apr 19 2023 20:39:35 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517842410 | + Email/PDF: gecsedi@recoverycorp.com | Apr 19 2023 20:39:35 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517960185 | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 19 2023 20:36:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 517842411 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 19 2023 20:36:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 58

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Apr 19, 2023 | Form ID: 185 | Total Noticed: 63

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517842383 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517842385 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517842386 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517842390 | *+ | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517842412 | *+ | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com kimwilson@raslg.com |
| Kevin Gordon McDonald | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Loss Mitigation Mr. Cooper bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@raslg.com |
| Robert C. Nisenson | on behalf of Debtor Steven H Zimmerman r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9