Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−31536−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven H Zimmerman
   1 Academic Road
   East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−5686

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 25, 2023.


Dated: May 25, 2023
JAN: wiq

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                 Case No. 18-31536-MBK

Steven H Zimmerman                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                            User: admin                                     Page 1 of 4

Date Rcvd: May 25, 2023                      Form ID: plncf13                            Total Noticed: 63

The following symbols are used throughout this certificate:
**Symbol     Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven H Zimmerman, 1 Academic Road, East Brunswick, NJ 08816-3614 |
| 519731563 | + | MCLP Asset Company, Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 519731564 | + | MCLP Asset Company, Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019 MCLP Asset Company, Inc. 75019-6295 |
| 517842402 | + | Pay Pal Credit, PO Box 71084, Charlotte, NC 28272-1084 |
| 517842404 | + | State of New Jersey, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 25 2023 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 25 2023 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: nsm_bk_notices@mrcooper.com | May 25 2023 21:25:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |
| cr | + | Email/Text: RASEBN@raslg.com | May 25 2023 21:25:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517842379 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 25 2023 21:27:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 517865969 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 25 2023 21:27:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517842380 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 25 2023 21:24:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 517928964 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 25 2023 21:26:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517842381 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 25 2023 21:26:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517842384 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 25 2023 21:28:41 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517842382 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 25 2023 21:43:34 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517943980 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 25 2023 21:54:43 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 518164011 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 25 2023 21:24:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

Case 18-31536-MBK    Doc 90    Filed 05/27/23    Entered 05/28/23 00:21:54    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: plncf13 | Total Noticed: 63 |

| Record | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517915065 | + | Email/Text: RASEBN@raslg.com | May 25 2023 21:25:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517960361 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2023 22:08:06 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517842388 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2023 21:29:22 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517842389 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 25 2023 21:44:23 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517842392 | | Email/PDF: creditonebknotifications@resurgent.com | May 25 2023 21:30:01 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 517842391 | + | Email/PDF: creditonebknotifications@resurgent.com | May 25 2023 21:43:26 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517855429 | | Email/Text: mrdiscen@discover.com | May 25 2023 21:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517842393 | + | Email/Text: mrdiscen@discover.com | May 25 2023 21:24:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517842394 | | Email/Text: BNBLAZE@capitalsvcs.com | May 25 2023 21:25:00 | First Saving Bank / Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 517842395 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 25 2023 21:25:00 | Goldman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 517842396 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 25 2023 21:25:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517842387 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 25 2023 21:29:16 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 518578933 | | Email/PDF: resurgentbknotifications@resurgent.com | May 25 2023 21:28:44 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518578932 | | Email/PDF: resurgentbknotifications@resurgent.com | May 25 2023 21:28:44 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517920452 | | Email/PDF: resurgentbknotifications@resurgent.com | May 25 2023 21:43:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517917349 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 25 2023 21:30:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517842397 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 25 2023 21:25:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 517842398 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 25 2023 21:30:16 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517842399 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 25 2023 21:25:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517842400 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 25 2023 21:25:00 | Mr. Cooper / Nationstar, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 517857038 | + | Email/Text: RASEBN@raslg.com | May 25 2023 21:25:00 | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517910511 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 25 2023 21:25:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 517891391 | + | Email/PDF: cbp@onemainfinancial.com | May 25 2023 21:29:19 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 517842401 | + | Email/PDF: cbp@onemainfinancial.com | May 25 2023 21:43:42 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: plncf13 | Total Noticed: 63 |

| | | | |
|---|---|---|---|
| 517954992 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 25 2023 21:43:28 | Portfolio Recovery Associates, LLC, c/o Aadvantage Aviator Red, POB 41067, Norfolk VA 23541 |
| 517955751 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 25 2023 21:54:50 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 517958169 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 25 2023 21:44:25 | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| 517957917 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 25 2023 21:29:22 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 517958166 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 25 2023 21:43:50 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 517955708 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 25 2023 21:29:22 | Portfolio Recovery Associates, LLC, c/o Lowe's, POB 41067, Norfolk VA 23541 |
| 517942526 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 25 2023 21:44:16 | Portfolio Recovery Associates, LLC, c/o Paypal Extras Mastercard, POB 41067, Norfolk VA 23541 |
| 517955709 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | May 25 2023 21:44:08 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517959642 | + Email/Text: bncmail@w-legal.com | | |
| | | May 25 2023 21:27:00 | Prosper, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517842403 | ^ MEBN | | |
| | | May 25 2023 21:16:57 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 517958689 | + Email/Text: bncmail@w-legal.com | | |
| | | May 25 2023 21:27:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517842405 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 25 2023 21:29:32 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518547896 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 25 2023 21:30:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517847847 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 25 2023 21:29:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517842406 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 25 2023 21:30:08 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517842407 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 25 2023 21:43:56 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517842408 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 25 2023 21:29:16 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517842409 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 25 2023 21:29:17 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517842410 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 25 2023 21:29:28 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517960185 | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | May 25 2023 21:25:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 517842411 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | |
| | | May 25 2023 21:25:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 58

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 25, 2023 | Form ID: plncf13 | Total Noticed: 63 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517842383 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517842385 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517842386 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517842390 | *+ | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517842412 | *+ | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com  kimwilson@raslg.com |
| Kevin Gordon McDonald | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Loss Mitigation Mr. Cooper bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@raslg.com |
| Robert C. Nisenson | on behalf of Debtor Steven H Zimmerman r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| Sindi Mncina | on behalf of Creditor MCLP Asset Company Inc. smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10