| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**PADGETT LAW GROUP**<br>Joshua I. Goldman, Esq.<br>6267 Old Water Oak Road, Suite 203<br>Tallahassee, FL 32312<br>(850) 422-2520 (telephone)<br>(850) 422-2567 (facsimile)<br>Josh.Goldman@padgettlawgroup.com<br>*Attorneys for MCLP ASSET COMPANY, INC.* | |
| In Re:<br><br>**Steven H Zimmerman**,<br><br>Debtor(s). | Case No.: 18-31536-MBK<br><br>Chapter 13<br><br>Hearing Date:  06/25/2025<br><br>Judge: Michael B. Kaplan |

**RESPONSE TO DEBTOR'S MOTION TO CORRECT MORTGAGE STATEMENT**
**[D.E. 95]**

COMES NOW, Creditor, MCLP ASSET COMPANY, INC. ("Secured Creditor"), and files this written response to the Debtor's Motion to Correct Mortgage Statement (D.E. 95), and as grounds therefor states:

1. MCLP ASSET COMPANY, INC.is a secured creditor and filed Amended Claim 5-2 ("the Claim") in the instant case reflecting a secured claim against the Debtor's property, 1 Academic Road, East Brunswick, NJ 08816, in the amount of $302,937.51.

2. On May 20, 2025, the Debtor filed this Motion to Correct Mortgage Statement [D.E. 95].

3. As of June 13, 2025, the loan is due for May 1, 2025 through June 1, 2025 (2 payments at $2,738.11 each), less a suspense balance of $1,689.61, for a total default of $3,786.61.  A payment history is attached as Exhibit A.

WHEREFORE, MCLP ASSET COMPANY, INC. requests that this Court deny the Debtor's Motion to Correct Mortgage Statement.

Date: June 16, 2025           **PADGETT LAW GROUP**
                             By:    /s/ Joshua I. Goldman
                                     Joshua I. Goldman, Esq.
                                     6267 Old Water Oak Road, Suite 203
                                     Tallahassee, FL 32312
                                     (850) 422-2520 (telephone)
                                     (850) 422-2567 (facsimile)
                                     Josh.Goldman@padgettlawgroup.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**PADGETT LAW GROUP**<br>Joshua I. Goldman, Esq.<br>6267 Old Water Oak Road, Suite 203<br>Tallahassee, FL 32312<br>(850) 422-2520 (telephone)<br>(850) 422-2567 (facsimile)<br>Josh.Goldman@padgettlawgroup.com<br>*Attorneys for MCLP ASSET COMPANY, INC.* | |
| In Re:<br><br>**Steven H Zimmerman**,<br><br>Debtor(s). | Case No.: 18-31536-MBK<br><br>Chapter 13<br><br>Hearing Date: 06/25/2025<br><br>Judge: Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, Kelly DeSousa:
   - ☐ represent _____ in the above-captioned matter.
   - ☑ am the secretary/paralegal for Padgett Law Group, who represents the Creditor in the above captioned matter.
   - ☐ am the _____ in the above case and am representing myself.

2. On June 16, 2025, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: ***Response to Motion to Correct Mortgage Statement, Certificate of Service***

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

4. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 16, 2025                    /s/ *Kelly DeSousa*
                                        Kelly DeSousa

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Steven H Zimmerman**<br>1 Academic Road<br>East Brunswick, NJ 08816 | DEBTOR | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Robert C. Nisenson**<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>Suite E<br>East Brunswick, NJ 08816 | DEBTORS' ATTORNEY | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |
| **Albert Russo**<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | TRUSTEE | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br><br>(As authorized by the Court or by rule. Cite the rule if applicable.*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

# EXHIBIT A

Page 1                                    Zimmerman

|  |  | Payment Changes | Eff Date | P & I | Escrow | Total | Was PCN/POC filed? | Was the Change Higher? | Tracking Prior servicer Suspense at time of transfer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Acquisition Date |  | POC | 2/1/2019 | $1,289.74 | $1,242.25 | $2,531.99 | Yes | N/A | All Pmts Rcvd | $93,039.19 |
| Account # |  | Change #1 | 5/1/2019 | $1,289.74 | $1,161.04 | $2,450.78 | Yes | N/A | All Amts Paid | $87,030.86 |
| Case # | 18-31536 | Change #2 | 5/1/2020 | $1,289.74 | $1,196.05 | $2,485.79 | Yes | N/A | UAF | $6,008.33 |
| Filing Date | 10/30/2018 | Change #3 | 5/1/2021 | $1,289.74 | $1,224.38 | $2,514.12 | Yes | N/A | UAF received | $5,321.37 |
| Post Due Date | 11/1/2018 | Change #4 | 5/1/2022 | $1,289.74 | $1,241.03 | $2,530.77 | Yes | N/A | Difference | $686.96 |
| Post Admin Claim? | Yes | Change #5 | 7/1/2023 | $1,289.74 | $1,706.09 | $2,995.83 | Yes | N/A |  |  |
| Post Admin Start | 2/1/2019 | Change #6 | 7/1/2024 | $1,289.74 | $1,448.37 | $2,738.11 | Yes | N/A |  |  |
|  |  | Change #7 |  |  |  | $ - | Yes | N/A |  |  |
|  |  | Change #8 |  |  |  | $ - | Yes | N/A |  |  |
|  |  | Change #9 |  |  |  | $ - | Yes | N/A |  |  |

| | Amounts Due | | | Date Post Pmts. Received | Amt Received | Difference | Date Pre Pmts. Received | Arrears Pmts | Payments Due | Pymt Amts Due |
|---|---|---|---|---|---|---|---|---|---|---|
| | P & I | Escrow | Total | | | | | | | |
| Feb-19 | 1289.74 | 1242.25 | 2531.99 | 2/8/2019 | 2531.99 | 0.00 | 5/11/2021 | 634.76 | | |
| Mar-19 | 1289.74 | 1242.25 | 2531.99 | 3/8/2019 | 2531.99 | 0.00 | 6/8/2021 | 870.45 | | |
| Apr-19 | 1289.74 | 1242.25 | 2531.99 | 4/9/2019 | 2531.99 | 0.00 | 7/8/2021 | 938.06 | | |
| May-19 | 1289.74 | 1161.04 | 2450.78 | 5/7/2019 | 2450.78 | 0.00 | 8/9/2021 | 904.26 | | |
| Jun-19 | 1289.74 | 1161.04 | 2450.78 | 6/28/2019 | 2450.78 | 0.00 | 9/8/2021 | 879.22 | | |
| Jul-19 | 1289.74 | 1161.04 | 2450.78 | 7/31/2019 | 2450.78 | 0.00 | 10/11/2021 | 879.22 | | |
| Aug-19 | 1289.74 | 1161.04 | 2450.78 | 8/31/2019 | 2450.78 | 0.00 | 11/8/2021 | 879.22 | | |
| Sep-19 | 1289.74 | 1161.04 | 2450.78 | 9/6/2019 | 1910.00 | 540.78 | 12/7/2021 | 882.11 | | |
| Oct-19 | 1289.74 | 1161.04 | 2450.78 | 9/13/2019 | 2450.78 | 0.00 | 1/11/2022 | 1764.22 | | |
| Nov-19 | 1289.74 | 1161.04 | 2450.78 | 10/3/2019 | 540.78 | 1910.00 | 3/8/2022 | 882.11 | | |
| Dec-19 | 1289.74 | 1161.04 | 2450.78 | 11/29/2019 | 2450.78 | 0.00 | 4/12/2022 | 882.11 | | |
| Jan-20 | 1289.74 | 1161.04 | 2450.78 | 1/8/2020 | 2450.78 | 0.00 | 5/9/2022 | 812.62 | | |
| Feb-20 | 1289.74 | 1161.04 | 2450.78 | 1/27/2020 | 2450.78 | 0.00 | 5/9/2022 | 69.49 | | |
| Mar-20 | 1289.74 | 1161.04 | 2450.78 | 2/6/2020 | 2450.78 | 0.00 | 6/9/2022 | 882.11 | | |
| Apr-20 | 1289.74 | 1161.04 | 2450.78 | 3/5/2020 | 2450.78 | 0.00 | 7/11/2022 | 882.11 | | |
| May-20 | 1289.74 | 1196.05 | 2485.79 | Consent Order | 0.00 | 2485.79 | 8/8/2022 | 882.11 | | |
| Jun-20 | 1289.74 | 1196.05 | 2485.79 | funds from Trustee | 4908.24 | -2422.45 | 9/7/2022 | 882.11 | | |
| Jul-20 | 1289.74 | 1196.05 | 2485.79 | | 0.00 | 2485.79 | 10/20/2022 | 882.11 | | |
| Aug-20 | 1289.74 | 1196.05 | 2485.79 | | 0.00 | 2485.79 | 11/28/2022 | 882.11 | | |
| Sep-20 | 1289.74 | 1196.05 | 2485.79 | | 0.00 | 2485.79 | 12/17/2022 | 893.66 | | |
| Oct-20 | 1289.74 | 1196.05 | 2485.79 | | 0.00 | 2485.79 | 1/24/2023 | 893.66 | | |
| Nov-20 | 1289.74 | 1196.05 | 2485.79 | | 0.00 | 2485.79 | | 893.66 | | |
| Dec-20 | 1289.74 | 1196.05 | 2485.79 | 12/8/2020 | 2597.23 | -111.44 | 3/23/2023 | 893.66 | | |
| Jan-21 | 1289.74 | 1196.05 | 2485.79 | | 0.00 | 2485.79 | 4/11/2023 | 893.66 | | |
| Feb-21 | 1289.74 | 1196.05 | 2485.79 | | 0.00 | 2485.79 | 5/17/2023 | 1069.06 | | |
| Mar-21 | 1289.74 | 1196.05 | 2485.79 | | 0.00 | 2485.79 | 6/16/2023 | 1069.06 | | |
| Apr-21 | 1289.74 | 1196.05 | 2485.79 | 4/5/2021 | 2450.78 | 35.01 | 7/31/2023 | 1069.06 | | |
| May-21 | 1289.74 | 1224.38 | 2514.12 | 5/4/2021 | 2520.80 | -6.68 | 8/29/2023 | 1079.26 | | |
| Jun-21 | 1289.74 | 1224.38 | 2514.12 | 6/7/2021 | 2514.12 | 0.00 | 9/20/2023 | 1079.26 | | |
| Jul-21 | 1289.74 | 1224.38 | 2514.12 | 7/9/2021 | 2514.12 | 0.00 | 10/18/2023 | 1079.26 | | |
| Aug-21 | 1289.74 | 1224.38 | 2514.12 | 8/4/2021 | 2514.12 | 0.00 | 11/14/2023 | 1079.26 | | |
| Sep-21 | 1289.74 | 1224.38 | 2514.12 | 9/3/2021 | 28.33 | 2485.79 | 12/11/2023 | 1066.47 | | |
| Oct-21 | 1289.74 | 1224.38 | 2514.12 | 10/1/2021 | 2514.12 | 0.00 | 1/18/2024 | 1066.47 | | |
| Nov-21 | 1289.74 | 1224.38 | 2514.12 | 11/5/2021 | 2514.12 | 0.00 | 2/15/2024 | 1066.47 | | |
| Dec-21 | 1289.74 | 1224.38 | 2514.12 | 12/2/2021 | 1267.19 | 1246.93 | 3/16/2024 | 1066.47 | | |
| Jan-22 | 1289.74 | 1224.38 | 2514.12 | 1/6/2022 | 1275.26 | 1238.86 | 4/11/2024 | 1066.47 | | |
| Feb-22 | 1289.74 | 1224.38 | 2514.12 | 2/4/2022 | 2542.45 | -28.33 | 6/13/2024 | 1345.33 | | |
| Mar-22 | 1289.74 | 1224.38 | 2514.12 | 3/2/2022 | 2542.45 | -28.33 | | 0.00 | | |
| Apr-22 | 1289.74 | 1224.38 | 2514.12 | 4/12/2022 | 2542.45 | -28.33 | | 0.00 | | |
| May-22 | 1289.74 | 1241.03 | 2530.77 | 5/2/2022 | 2530.77 | 0.00 | | 0.00 | | |
| Jun-22 | 1289.74 | 1232.54 | 2522.28 | 6/7/2022 | 2530.77 | -8.49 | | 0.00 | | |
| Jul-22 | 1289.74 | 1241.03 | 2530.77 | 7/8/2022 | 2530.77 | 0.00 | | 0.00 | | |
| Aug-22 | 1289.74 | 1241.03 | 2530.77 | 8/4/2022 | 2530.77 | 0.00 | | 0.00 | | |
| Sep-22 | 1289.74 | 1241.03 | 2530.77 | 9/1/2022 | 2530.77 | 0.00 | | 0.00 | | |
| Oct-22 | 1289.74 | 1241.03 | 2530.77 | 10/1/2022 | 2530.77 | 0.00 | | 0.00 | | |
| Nov-22 | 1289.74 | 1241.03 | 2530.77 | 11/1/2022 | 2530.77 | 0.00 | | 0.00 | | |
| Dec-22 | 1289.74 | 1241.03 | 2530.77 | 12/5/2022 | 2530.77 | 0.00 | | 0.00 | | |
| Jan-23 | 1289.74 | 1241.03 | 2530.77 | 1/4/2023 | 2530.77 | 0.00 | | 0.00 | | |
| Feb-23 | 1289.74 | 1241.03 | 2530.77 | 2/3/2023 | 2530.77 | 0.00 | | 0.00 | | |
| Mar-23 | 1289.74 | 1241.03 | 2530.77 | 3/1/2023 | 2530.77 | 0.00 | | 0.00 | | |
| Apr-23 | 1289.74 | 1241.03 | 2530.77 | 4/5/2023 | 2530.77 | 0.00 | | 0.00 | | |
| May-23 | 1289.74 | 1241.03 | 2530.77 | 5/5/2023 | 2530.77 | 0.00 | | 0.00 | | |
| Jun-23 | 1289.74 | 1241.03 | 2530.77 | 6/14/2023 | 2530.77 | 0.00 | | 0.00 | | |
| Jul-23 | 1289.74 | 1706.09 | 2995.83 | 7/17/2023 | 2995.83 | 0.00 | | 0.00 | | |
| Aug-23 | 1289.74 | 1706.09 | 2995.83 | 8/16/2023 | 2995.83 | 0.00 | | 0.00 | | |
| Sep-23 | 1289.74 | 1706.09 | 2995.83 | 9/13/2023 | 2995.83 | 0.00 | | 0.00 | | |
| Oct-23 | 1289.74 | 1706.09 | 2995.83 | 10/11/2023 | 2530.77 | 465.06 | | 0.00 | | |
| Nov-23 | 1289.74 | 1706.09 | 2995.83 | 11/7/2023 | 2530.77 | 465.06 | | 0.00 | | |
| Dec-23 | 1289.74 | 1706.09 | 2995.83 | 12/12/2023 | 2530.77 | 465.06 | | 0.00 | | |
| Jan-24 | 1289.74 | 1706.09 | 2995.83 | 1/5/2024 | 2530.77 | 465.06 | | 0.00 | | |
| Feb-24 | 1289.74 | 1706.09 | 2995.83 | 2/10/2024 | 2530.77 | 465.06 | | 0.00 | | |
| Mar-24 | 1289.74 | 1706.09 | 2995.83 | 3/5/2024 | 2530.77 | 465.06 | | 0.00 | | |
| Apr-24 | 1289.74 | 1706.09 | 2995.83 | 4/3/2024 | 2530.77 | 465.06 | | 0.00 | | |
| May-24 | 1289.74 | 1706.09 | 2995.83 | 5/2/2024 | 2530.77 | 465.06 | | 0.00 | | |
| Jun-24 | 1289.74 | 1706.09 | 2995.83 | 6/5/2024 | 2530.77 | 465.06 | | 0.00 | | |
| Jul-24 | 1289.74 | 1448.37 | 2738.11 | 7/3/2024 | 2738.11 | 0.00 | | 0.00 | | |
| Aug-24 | 1289.74 | 1448.37 | 2738.11 | 8/2/2024 | 2738.11 | 0.00 | | 0.00 | | |
| Sep-24 | 1289.74 | 1448.37 | 2738.11 | 9/6/2024 | 2738.11 | 0.00 | | 0.00 | | |
| Oct-24 | 1289.74 | 1448.37 | 2738.11 | 10/3/2024 | 2738.11 | 0.00 | | 0.00 | | |
| Nov-24 | 1289.74 | 1448.37 | 2738.11 | 11/6/2024 | 2738.11 | 0.00 | | 0.00 | | |
| Dec-24 | 1289.74 | 1448.37 | 2738.11 | 12/4/2024 | 2738.11 | 0.00 | | 0.00 | | |
| Jan-25 | 1289.74 | 1448.37 | 2738.11 | 1/6/2025 | 2738.11 | 0.00 | | 0.00 | | |
| Feb-25 | 1289.74 | 1448.37 | 2738.11 | 2/6/2025 | 2738.11 | 0.00 | | 0.00 | | |

- Zimmerman

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Mar-25 | 1289.74 | 1448.37 | 2738.11 | 3/5/2025 | 2738.11 | 0.00 | | 0.00 | | |
| Apr-25 | 1289.74 | 1448.37 | 2738.11 | 4/2/2025 | 2738.11 | 0.00 | | 0.00 | | |
| May-25 | 1289.74 | 1448.37 | 2738.11 | 5/6/2025 | 2738.11 | 0.00 | | 0.00 | 5/1/2025 | 2738.11 |
| Jun-25 | 1289.74 | 1448.37 | 2738.11 | Pre petition Arrears | 0.00 | 2738.11 | | 0.00 | 6/1/2025 | 2738.11 |
| | 0.00 | 0.00 | 0.00 | funds from Trustee | 30332.47 | -30332.47 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | | 0.00 | | |
| | $ 99,309.98 | $ 101,923.84 | $201,233.82 | **Amount Paid** | $ 197,447.21 | $ 3,786.61 | | $ 35,240.71 | 5/1/2025 | $ 5,476.22 |

**Post Petition Due Date**  5/1/2025
**Amount Due**  $ 3,786.61
**Debtor Suspense**  $ 1,689.61

| DLQ1 DUE Amt | Difference |
|---|---|
| $ 3,786.61 | $ (0.00) |
| PreArrs Balance Due | $ (35,240.71) |
| Difference | $ (35,240.71) |

**PCN Write Off**  $  -