| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robert C . Nisenson, LLC<br>10 Auer Court<br>East Brunswick, New Jersey 08816<br>Attorney for  Debtor  (732) 238- 8777<br>Robert C. Nisenson | Order Filed on September 4, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Steven H Zimmerman | Case No.:  18-31536-MBK<br>Chapter:  13<br>Hearing Date:  8/27/25<br>Judge:  18-31536-MBK |

## ORDER RESOLVING CORRECT MORTGAGE STATEMENT

The relief set forth on the following pages is **ORDERED**.

**DATED: September 4, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c)<br><br>In the Matter of<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>East Brunswick, New Jersey 08816<br>Attorney for Debtor<br>(732) 238-8777<br>Robert C. Nisenson<br>RCN 6680 | Case No.:  18-31536 |
| Steven H. Zimmerman<br><br>            Debtor. | Hearing Date: 8/27/25<br><br>Judge:  MBK |

This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for a Motion to Correct Mortgage Statement and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;

**ORDERED** that the Debtor is current on all mortgage payments through August 31, 2025 upon payment of $1,048.50.

**ORDERED** that all further Mortgage Statements starting in October 2025 shall reflect no arrears upon payment of September mortgage and $1,048.50.

**ORDERED** that if the next Mortgage Statements after October of 2025 shows any arrears, the Bank will correct such statement within sixty (60) days.  If the Bank fails to correct such statements, the Bank will pay the Debtor $500.00 in damages until the error is corrected.