| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Robert C. Nisenson, Esq.<br>10 Auer Court<br>East Brunswick, NJ 08816<br>(732) 238-8777<br>RCN 6680<br>Attorney for Debtor | |
| In re:<br><br>**Steven H. Zimmerman**<br><br>**Debtor.** | Case No.:    **18-31536**<br><br>Chapter:    **13**<br><br>Adv. No.:<br><br>Hearing Date:    **8/27/25**<br><br>Judge:    **MBK** |

## CERTIFICATION OF SERVICE

1. I, **Alicia Colon**               :

    ☐ represent ___ in the this matter.

    ☒ am the secretary/paralegal for **Robert C. Nisenson, Esq.**          , who represents **the Debtor**          in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **September 5, 2025**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    SIGNED ORDER RESOLVING CORRECT MORTGAGE STATEMENT and all moving papers.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:    **September 5, 2025**                    **/s/ Alicia Colon**
                                                                Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Chapter 13 Standing Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| MCLP Asset Company, Inc.<br>Selene Finance LP<br>Attn: BK Dept.<br>3501 Olympus Blvd, Suite 500<br>Dallas, TX 75019 | Secured Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>` Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| Steven H. Zimmerman<br>1 Academic Road<br>East Brunswick, NJ 08816 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev. 8/1/15*