UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorney for Debtor (732) 238-8777
Robert C. Nisenson

Order Filed on September 4, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Steven H Zimmerman

| | |
|---|---|
| Case No.: | 18-31536-MBK |
| Chapter: | 13 |
| Hearing Date: | 8/27/25 |
| Judge: | 18-31536-MBK |

# ORDER RESOLVING CORRECT MORTGAGE STATEMENT

The relief set forth on the following pages is **ORDERED**.

**DATED: September 4, 2025**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c) <br><br> In the Matter of <br> Robert C. Nisenson, LLC <br> 10 Auer Court <br> East Brunswick, New Jersey 08816 <br> Attorney for Debtor <br> (732) 238-8777 <br> Robert C. Nisenson <br> RCN 6680 | |
| Steven H. Zimmerman <br><br>                Debtor. | Case No.: 18-31536 <br><br> Hearing Date: 8/27/25 <br><br> Judge: MBK |

      This matter having been opened to the Court by Robert C. Nisenson, Esq., of the Law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for a Motion to Correct Mortgage Statement and the Court having considered all supporting and opposing papers, if any, and good cause appearing for the entry of this Order;

      **ORDERED** that the Debtor is current on all mortgage payments through August 31, 2025 upon payment of $1,048.50.

      **ORDERED** that all further Mortgage Statements starting in October 2025 shall reflect no arrears upon payment of September mortgage and $1,048.50.

      **ORDERED** that if the next Mortgage Statements after October of 2025 shows any arrears, the Bank will correct such statement within sixty (60) days. If the Bank fails to correct such statements, the Bank will pay the Debtor $500.00 in damages until the error is corrected.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-31536-MBK |
| Steven H Zimmerman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 04, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven H Zimmerman, 1 Academic Road, East Brunswick, NJ 08816-3614 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 06, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com  kimwilson@raslg.com |
| Joshua I. Goldman | on behalf of Creditor MCLP ASSET COMPANY  INC. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-3 — User: admin — Page 2 of 2
Date Rcvd: Sep 04, 2025 — Form ID: pdf903 — Total Noticed: 1

| | |
|---|---|
| Laura M. Egerman | on behalf of Loss Mitigation Mr. Cooper laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Robert C. Nisenson | on behalf of Debtor Steven H Zimmerman r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| Sherri R. Dicks | on behalf of Creditor MCLP Asset Company Inc. sdicks@raslg.com, shrdlaw@hotmail.com |
| Sindi Mncina | on behalf of Creditor MCLP Asset Company Inc. smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12