**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Steven H Zimmerman | Social Security number or ITIN   xxx–xx–5686 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–31536–MBK

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Steven H Zimmerman

2/19/26

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W     **Chapter 13 Discharge**     page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 18-31536-MBK

Steven H Zimmerman                                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                    Page 1 of 5

Date Rcvd: Feb 19, 2026                 Form ID: 3180W                 Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven H Zimmerman, 1 Academic Road, East Brunswick, NJ 08816-3614 |
| 517842402 | + | Pay Pal Credit, PO Box 71084, Charlotte, NC 28272-1084 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 19 2026 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 19 2026 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 19 2026 21:12:00 | Mr. Cooper, 8950 Cypress Waters Blvd., Dallas, TX 75019-4620 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 19 2026 21:11:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517842379 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 19 2026 21:13:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 517865969 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 19 2026 21:13:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517842380 | + | EDI: BANKAMER | Feb 20 2026 01:53:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 517928964 | + | EDI: BANKAMER2 | Feb 20 2026 01:53:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517842381 | + | EDI: TSYS2 | Feb 20 2026 01:53:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517842384 | | EDI: CAPITALONE.COM | Feb 20 2026 01:53:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 518164011 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 19 2026 21:11:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 517842382 | + | EDI: CAPITALONE.COM | Feb 20 2026 01:53:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517943980 | | EDI: CAPITALONE.COM | Feb 20 2026 01:53:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517915065 | + | Email/Text: RASEBN@raslg.com | Feb 19 2026 21:11:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517842387 | + | EDI: JPMORGANCHASE | Feb 20 2026 01:53:00 | Chase Card Services, Correspondence Dept, Po |

District/off: 0312-3    User: admin    Page 2 of 5

Date Rcvd: Feb 19, 2026    Form ID: 3180W    Total Noticed: 63

| | | | |
|---|---|---|---|
| | | | Box 15298, Wilmington, DE 19850-5298 |
| 517960361 | + EDI: CITICORP | Feb 20 2026 01:53:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517842388 | + EDI: CITICORP | Feb 20 2026 01:53:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517842389 | + EDI: CITICORP | Feb 20 2026 01:53:00 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517842392 | Email/PDF: creditonebknotifications@resurgent.com | Feb 19 2026 21:15:56 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 517842391 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 19 2026 21:16:08 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517855429 | EDI: DISCOVER | Feb 20 2026 01:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517842393 | + EDI: DISCOVER | Feb 20 2026 01:53:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 517842394 | Email/Text: BNBLAZE@capitalsvcs.com | Feb 19 2026 21:12:00 | First Saving Bank / Blaze, Attn: Bankruptcy, Po Box 5096, Sioux Falls, SD 57117 |
| 517842395 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 19 2026 21:12:00 | Goldman Sachs Bank USA, PO Box 45400, Salt Lake City, UT 84145-0400 |
| 517842396 | EDI: IRS.COM | Feb 20 2026 01:53:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518578933 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 21:37:08 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518578932 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 21:15:58 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517920452 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 21:15:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519731563 | + Email/Text: bkteam@selenefinance.com | Feb 19 2026 21:12:00 | MCLP Asset Company, Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 519731564 | + Email/Text: bkteam@selenefinance.com | Feb 19 2026 21:12:00 | MCLP Asset Company, Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019, MCLP Asset Company, Inc. 75019-6295 |
| 517917349 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2026 21:16:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517842397 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 19 2026 21:12:00 | Marcus by Goldman Sachs, Attn: Bankruptcy, Po Box 45400, Salt Lake City, UT 84145-0400 |
| 517842398 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2026 21:15:54 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517842399 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 19 2026 21:12:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 517842400 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 19 2026 21:12:00 | Mr. Cooper / Nationstar, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 517857038 | + Email/Text: RASEBN@raslg.com | Feb 19 2026 21:11:00 | Nationstar Mortgage LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517910511 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 19 2026 21:12:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 517891391 | + EDI: AGFINANCE.COM | Feb 20 2026 01:53:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |

District/off: 0312-3                     User: admin                               Page 3 of 5

Date Rcvd: Feb 19, 2026                  Form ID: 3180W                            Total Noticed: 63

| | | | |
|---|---|---|---|
| 517842401 | + EDI: AGFINANCE.COM | Feb 20 2026 01:53:00 | OneMain Financial, Attn: Bankruptcy, 601 Nw 2nd Street, Evansville, IN 47708-1013 |
| 517954992 | EDI: PRA.COM | Feb 20 2026 01:53:00 | Portfolio Recovery Associates, LLC, c/o Aadvantage Aviator Red, POB 41067, Norfolk VA 23541 |
| 517955751 | EDI: PRA.COM | Feb 20 2026 01:53:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 517958169 | EDI: PRA.COM | Feb 20 2026 01:53:00 | Portfolio Recovery Associates, LLC, c/o Bp, POB 41067, Norfolk VA 23541 |
| 517957917 | EDI: PRA.COM | Feb 20 2026 01:53:00 | Portfolio Recovery Associates, LLC, c/o Gm, POB 41067, Norfolk VA 23541 |
| 517958166 | EDI: PRA.COM | Feb 20 2026 01:53:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney Credit Card, POB 41067, Norfolk VA 23541 |
| 517955708 | EDI: PRA.COM | Feb 20 2026 01:53:00 | Portfolio Recovery Associates, LLC, c/o Lowe's, POB 41067, Norfolk VA 23541 |
| 517942526 | EDI: PRA.COM | Feb 20 2026 01:53:00 | Portfolio Recovery Associates, LLC, c/o Paypal Extras Mastercard, POB 41067, Norfolk VA 23541 |
| 517955709 | EDI: PRA.COM | Feb 20 2026 01:53:00 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517842403 | Email/Text: ProsperBK@prosper.com | Feb 19 2026 21:12:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 517959642 | + Email/Text: bncmail@w-legal.com | Feb 19 2026 21:13:00 | Prosper, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517842404 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 19 2026 21:11:00 | State of New Jersey, PO Box 245, Trenton, NJ 08695 |
| 517958689 | + Email/Text: bncmail@w-legal.com | Feb 19 2026 21:13:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517842405 | + EDI: SYNC | Feb 20 2026 01:53:00 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518547896 | + EDI: PRA.COM | Feb 20 2026 01:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517847847 | + EDI: PRA.COM | Feb 20 2026 01:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517842406 | + EDI: SYNC | Feb 20 2026 01:53:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517842407 | + EDI: SYNC | Feb 20 2026 01:53:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517842408 | + EDI: SYNC | Feb 20 2026 01:53:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517842409 | + EDI: SYNC | Feb 20 2026 01:53:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517842410 | + EDI: SYNC | Feb 20 2026 01:53:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517960185 | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 19 2026 21:13:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 517842411 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |

District/off: 0312-3                           User: admin                              Page 4 of 5

Date Rcvd: Feb 19, 2026                        Form ID: 3180W                          Total Noticed: 63

|  |  |  |
|---|---|---|
|  | Feb 19 2026 21:13:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 61

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517842383 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517842385 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517842386 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517842390 | *+ | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517842412 | *+ | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor CARRINGTON MORTGAGE SERVICES  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper hkaplan@rasnj.com  kimwilson@raslg.com |
| Joshua I. Goldman | on behalf of Creditor MCLP ASSET COMPANY  INC. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Loss Mitigation Mr. Cooper laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Robert C. Nisenson | on behalf of Debtor Steven H Zimmerman r.nisenson@rcn-law.com doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com |
| Sherri R. Dicks | on behalf of Creditor MCLP Asset Company  Inc. sdicks@raslg.com, shrdlaw@hotmail.com |
| Sindi Mncina | on behalf of Creditor MCLP Asset Company  Inc. smncina@raslg.com |

District/off: 0312-3                          User: admin                          Page 5 of 5
Date Rcvd: Feb 19, 2026                       Form ID: 3180W                        Total Noticed: 63

Sindi Mncina
                    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper smncina@raslg.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 12